ORIGINAL

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  JAN 29 2016

CLERK

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT
16 JAN 29  PM 5: 19

FILING DEPOSITORY

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

AMERICAN FUEL &
PETROCHEMICAL MANUFACTURERS
and AMERICAN PETROLEUM
INSTITUTE

Petitioners,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No.  16-1033

ORIGINAL

## PETITION FOR REVIEW

Pursuant to Rule 15 of the Federal Rules of Appellate Procedure, D.C.
Circuit Rule 15, and section 307(b)(1) of the Clean Air Act, 42 U.S.C.
§ 7607(b)(1), Petitioners the American Fuel & Petrochemical Manufacturers and
the American Petroleum Institute hereby petition this Court to review a final action
of the United States Environmental Protection Agency entitled, "Petroleum
Refinery Sector Risk and Technology Review and New Source Performance
Standards," published at 80 Fed. Reg. 75178, *et. seq.* (Dec. 1, 2015).

Respectfully submitted,

William L. Wehrum
Felicia H. Barnes
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 955-1500
wwehrum@hunton.com
fbarnes@hunton.com
*Counsel for Petitioners the American Fuel
& Petrochemical Manufacturers and
the American Petroleum Institute*

*Of Counsel*
Richard S. Moskowitz
AMERICAN FUEL & PETROCHEMICAL
MANUFACTURERS
1667 K Street NW
Suite 700
Washington, DC 20006
(202) 457-0480

*Of Counsel*
Stacy R. Linden
John Wagner
AMERICAN PETROLEUM INSTITUTE
1220 L Street, NW
Washington, D.C. 20005-4070
(202) 682-8000

Dated:  January 29, 2016

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JAN 2 9 2016

RECEIVED

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    JAN 2 9 2016

CLERK

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

AMERICAN FUEL & PETROCHEMICAL
MANUFACTURERS and AMERICAN
PETROLEUM INSTITUTE

Petitioners,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 16-1033

## RULE 26.1 DISCLOSURE STATEMENT OF PETITIONERS

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and D.C.

Circuit Rule 26.1, petitioners the American Fuel & Petrochemical Manufacturers

("AFPM") and the American Petroleum Institute ("API") file the following

statements:

AFPM is a national not-for-profit trade association whose members

comprise more than 400 companies, including virtually all United States refiners

and petrochemical manufacturers. AFPM members supply consumers with a wide

range of products and services that are used daily in homes and businesses. AFPM

has no parent company, and no publicly held company has a 10% or greater ownership interest in AFPM.

API is a national trade association representing all aspects of America's oil and natural gas industry. API has more than 600 members, from the largest major oil company to the smallest of independents, from all segments of the industry, including producers, refiners, suppliers, pipeline operators and marine transporters, as well as service and supply companies that support all segments of industry. API has no parent company, and no publicly held company has a 10% or greater ownership interest in API.

Respectfully submitted,

William L. Wehrum
Felicia H. Barnes
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 955-1500
wwehrum@hunton.com
fbarnes@hunton.com
*Counsel for Petitioners the American Fuel*
*& Petrochemical Manufacturers and*
*the American Petroleum Institute*

*Of Counsel*
Richard S. Moskowitz
AMERICAN FUEL & PETROCHEMICAL
 MANUFACTURERS
1667 K Street NW
Suite 700
Washington, DC 20006
(202) 457-0480

*Of Counsel*
Stacy R. Linden
John Wagner
AMERICAN PETROLEUM INSTITUTE
1220 L Street, NW
Washington, D.C. 20005-4070
(202) 682-8000

Dated:  January 29, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January 2016, the foregoing Petition

for Review and Rule 26.1 Corporate Disclosure Statements of Petitioners the

American Fuel and Petrochemical Manufacturers and the American Petroleum

Institute have been served by first-class mail, postage prepaid, on each of the

following:

The Honorable Gina McCarthy
Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

The Honorable Loretta E. Lynch
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

Avi Garbow
General Counsel
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

*Felicia Barnes*

Felicia H. Barnes