# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 16-1033**  September Term, 2015

EPA-80FR75178

Filed On: March 7, 2016 [1602731]

American Fuel & Petrochemical Manufacturers and American Petroleum Institute,

      Petitioners

   v.

Environmental Protection Agency,

      Respondent

------------------------------

Consolidated with 16-1035

### O R D E R

Upon consideration of respondent's unopposed motion to hold cases in abeyance, it is

**ORDERED** that the motion be granted, and these cases are hereby held in abeyance pending further order of the court.

The parties are directed to file motions to govern further proceedings in these cases on or before July 8, 2016.

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

          BY:    /s/
                      Mark A. Butler
                      Deputy Clerk