# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 16-1033**　　　　　　　　　　　　　　　　　**September Term, 2015**

**EPA-80FR75178**

**Filed On: March 21, 2016** [1604765]

American Fuel & Petrochemical Manufacturers and American Petroleum Institute,

　　　　Petitioners

　　v.

Environmental Protection Agency,

　　　　Respondent

------------------------------

Consolidated with 16-1035

## O R D E R

　　Upon consideration of the motion of the Sierra Club for leave to intervene, the response thereto, and the reply, and the order filed March 7, 2016, holding these cases in abeyance, it is

　　**ORDERED** that consideration of the motion be deferred pending further order of the court.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　　Mark A. Butler
　　　　　　　　　　　　　　　　　　　　Deputy Clerk