# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 16-1033 | September Term, 2015 |
| | EPA-80FR75178 |

Filed On: July 14, 2016 [1624783]

American Fuel & Petrochemical Manufacturers and American Petroleum Institute,

      Petitioners

    v.

Environmental Protection Agency,

      Respondent

------------------------------

Consolidated with 16-1035

## O R D E R

Upon consideration of the joint motion to continue cases in abeyance, it is

**ORDERED** that the motion be granted, and these cases remain held in abeyance pending further order of the court.

The parties are directed to file status reports at 120-day intervals beginning November 14, 2016.

The parties are directed to file motions to govern future proceedings in these cases within 30 days of the completion of the agency rulemaking proceedings, but no later than July 14, 2017.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                          BY:    /s/
                                                Mark A. Butler
                                                Deputy Clerk